RECEIVED
IN LAKE CHARLES, LA
JAN 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| FYDIASZYNUL CORREA-OLLVARES | : | DOCKET NO. 2:06-cv-232 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| J. P. YOUNG | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __18__ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE